UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSIE SOTO,<br><br>Defendant. | Case No. 16cr0248-JLS<br><br>PRELIMINARY ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Plea Agreement and Forfeiture Addendum in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named defendant, JESSIE SOTO ("Defendant"), pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as properties involved in the violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D); and

WHEREAS, on or about April 21, 2016, Defendant pled guilty before Magistrate Judge Jan M. Adler to Counts 1 and 2 of the Information, which plea included consents to the forfeiture allegations of the Indictment, including forfeiture of the following:

a. Item 27- One (1) Springfield Armory, Model TRP Tactical, .45 caliber, pistol bearing serial # NM388312.

b. Item 31- One (1) Rock Island Armory Inc., Model 1911A1, .45 caliber, pistol bearing serial # RIA1216172.

c.   Item 32- One (1) Para-Ordnance, Model 1911 SSP, .38 caliber, pistol bearing serial # P164888.

d.   Item 37- Twenty-five (25) ammunition magazines (18 loaded); nine (9) .38 caliber; three (3) .45 caliber; eight (8) 9mm; five (5) .40 caliber.

e.   Item 40- One (1) CZ (Ceska Zbrojovka), Model CZ75 SP-01 Tactical, 9mm, pistol bearing serial # B729491.

f.   Item 43- One (1) Walther, Model HK MP5, .22 caliber, rifle bearing serial # WG015591.

g.   Item 48- One (1) HS Products (IM Metal), Model XD9, 9mm, pistol bearing serial # XD138315.

h.   Item 58- One (1) CZ (Ceska Zbrojovka), Model CZ75 SP-01 Tactical, 9mm, pistol bearing serial # B740790.

i.   Item 60- Six (6) 9mm ammunition magazines.

j.   Item 67- One (1) Beretta Pietro S.P.A., Model 92FS, 9mm, pistol bearing serial # K81702Z.

k.   Item 68- One (1) box of compression springs and baffling addressed to Jessie Gutierrez.

l.   Item 76- One (1) HS Products (IM Metal), Model XDS, 9mm, pistol bearing serial # XS906380.

m.   Item 81- One (1) Sig Sauer, Model 1911, .45 caliber, pistol bearing serial # 54A008959.

n.   Item 87- Three (3) 9mm ammunition magazines from black CZ gun case.

o.   Item 91- One (1) CZ (Ceska Zbrojovka), Model CZ75 BD, 9mm, pistol bearing serial # B508169.

p.   Item 95- Miscellaneous firearms parts and accessories.

q.   Item 100- One (1) Taurus, Model PT1911AR, .45 caliber, pistol bearing serial # NGX88884.

r.   Item 103- One (1) Kimber, Model Pro TLE/RL II, .45 caliber, pistol bearing serial # KR38186.

s.   Item 118- Suspected silencer manufactured from pieces of metal tubing and other miscellaneous parts, approximately 14 inches in length.

t.   Item 121- Seventy-one (71) ammunition magazines: three (3) .40 caliber; twenty-nine (29) 5.56x45; five (5) .22LR caliber; one (1) .45 caliber; thirty-three (33) 9mm.

u.   Item 129- Six thousand seven hundred and sixty-four (6,764) rounds of assorted ammunition.

| | |
|---|---|
|v.|Item 62- One (1) Stormlake ported Glock, Model 22 barrel, one (1) Stormlake Glock, Model 22 conversion barrel with threaded protector, and one (1) empty package for a Stormlake Glock, Model 22 threaded barrel.|
|w.   c.|Item 50- Forty-six (46) rounds of CCI Blazer 9mm ammunition and forty-five (45) rounds of PMC Bronze 9mm ammunition.|
|x.   a.|Item 51- One (1) Remington, Model 870 Tactical, 12 gauge, shotgun bearing serial # RS85367R.|
|y.|Item 52- Five (5) rounds of assorted 12 gauge ammunition.|
|z.|Item 55- Three (3) 5.7x28 caliber pistol ammunition magazines and one (1) 5.7x28 caliber pistol ammunition magazine with ProMag magazine extender.|
|aa.|Item 56- Eighty-two (82) rounds of FN (FNH) 57 caliber ammunition.|
|bb.|Item 123- Three (3) Glock, 9mm, thirty-three (33) round ammunition magazines;  one (1) Sig Sauer, Model P226, 9mm, thirty-two (32) round ammunition magazine;  one (1) CZ, Model CZ-75, 9mm, thirty-two (32) round ammunition magazine;  three (3) Beretta, Model 92F, 9mm thirty-two (32) round ammunition magazines;  two (2) Saiga, 7.62x39, thirty (30) round ammunition magazines;  two (2) CZ, Model CZ-75, 9mm, fifteen (15) round ammunition magazines;  two (2) CZ, Model CZ-75, 9mm, twenty (20) round ammunition magazines;  five (5) Glock, .40 caliber, thirty-one (31) round ammunition magazines;  one (1) 7.62x39, thirty (30) round ammunition magazine.|
|cc.|Item 124- Two thousand three hundred and forty-eight (2,348) assorted rounds of ammunition.|
|dd.   a.|Item 53- One (1) Sig Sauer, Model Mosquito, .22 caliber, pistol bearing serial # F336478.|
|ee.|Item 54- Three (3) Sig Sauer .22 caliber pistol ammunition magazines (associated with Item 53).|
|ff.|Item 65- Six (6) assorted .45 caliber pistol ammunition magazines (associated with Item 83).|
|gg.|Item 70- Forty-six (46) rounds of assorted .45 caliber ammunition (associated with items 65 and 83).|
|hh.|Item 71- One (1) Smith & Wesson, Model M&P 15-22, .22 caliber, rifle bearing serial # DTZ3224.|
|ii.|Item 73- One (1) Marlin Firearms Co., Model 336A, 30-30 caliber, rifle, bearing serial # 93021512.|
|jj.|Item 74- One (1) Mossberg, Model 500, 12 gauge, shotgun, bearing serial # T690107.|
|kk.|Item 79- One (1) Winchester, Model 190, .22 caliber, rifle bearing serial # B1355789.|

| | | |
|---|---|---|
| 1 | ll. | Item 80- One (1) Maglite flashlight tube converted to a silencer bearing serial # D40155612001. |
| 2 | mm. | Item 83- One (1) Shooters Arms, Model Titan, .45 caliber, pistol bearing serial # TB104142. |
| 3 | | |
| 4 | nn. | Item 84- One (1) Del-Ton INC., Model DTI-15, multi-caliber, receiver/frame bearing serial # DTIJ10143. |
| 5 | oo. | Item 85- One (1) Canik55, Model TP-9, 9mm, pistol bearing serial # T647214AP02026. |
| 6 | | |
| 7 | pp. | Item 86- One (1) Smith & Wesson, Model M&P 9, 9mm, pistol bearing serial # HRD9309. |
| 8 | qq. | Item 88- Nine (9) rounds of assorted 9mm ammunition (associated with Item 86). |
| 9 | | |
| 10 | rr. | Item 89- Thirty-five (35) rounds of assorted 9mm ammunition (associated with Item 85). |
| 11 | ss. | Item 90- One (1) box of compression springs addressed to Jessie Gutierrez. |
| 12 | tt. | Item 92- One (1) United States Postal Service ("USPS") box addressed to Jessie Gutierrez which contained baffling, spring, clips, and eight (8) 7.75" X 1.5" tubes. |
| 13 | | |
| 14 | uu. | Item 93- One (1) Beretta USA Corp., Model M9, 9mm, pistol bearing serial # M9-103042. |
| 15 | | |
| 16 | vv. | Item 94- Ten (10) rounds of Winchester-Western 9mm ammunition (associated with Item 93). |
| 17 | ww. | Item 96- One (1) AR-15 bolt in a Palmetto State Armory packaging. |
| 18 | xx. | Item 97- One (1) Glock GMBH, Model 26, 9mm, pistol bearing serial # NMZ500. |
| 19 | | |
| 20 | yy. | Item 98- One (1) Taurus, Model PT111 Millennium G2, 9mm, pistol bearing serial # TIP15763. |
| 21 | zz. | Item 99- One (1) Beretta Pietro S.P.A., Model 85F, .380 caliber, pistol bearing serial # F21305Y. |
| 22 | | |
| 23 | aaa. | Item 101- One (1) carbon fiber composite digital caliber. |
| 24 | bbb. | Item 104- Fifty-six (56) rounds of assorted .380 caliber ammunition (associated with Item 99). |
| 25 | ccc. | Item 105- Two (2) loaded 9mm ammunition magazines (associated with Item 85). |
| 26 | | |
| 27 | ddd. | Item 106- Seven (7) Beretta .380 caliber ammunition magazines (associated with Item 99). |
| 28 | | |

| | |
|---|---|
| eee. | Item 107- One (1) black spiral notebook containing writings. |
| fff. | Item 109- Two hundred and sixty (260) rounds of assorted ammunition. |
| ggg. | Item 140- One (1) Sig Sauer, Model P250C, 9mm, pistol bearing serial # EAU004241 |
| hhh. | Item 141- Fifteen (15) rounds of assorted 9mm ammunition (associated with Item #140). |
| iii. | Item 142- One (1) F.N. (FN Herstal), Model Five-Seven, 5.7X28mm, pistol bearing serial #386290040. |
| jjj. | Item 143- Nineteen (19) rounds of assorted 57x28mm ammunition (associated with Item 142). |
| kkk. | Item 144- Forty-one (41) rounds of assorted .380 caliber ammunition. |
| lll. | Item 145- Two (2) ten (10) round .22 caliber Smith & Wesson rifle ammunition magazines; eight (8) .380 caliber Taurus pistol ammunition magazines; two (2) .45 caliber Springfield Armory pistol ammunition magazines. |
| mmm. | Item 146- One (1) Taurus, Model PT709 Slim, 9mm, pistol bearing serial # TDTO3947. |
| nnn. | Item 147- Seven (7) rounds of assorted 9mm ammunition (associated with Item 146). |
| ooo. | Item 153- One (1) HS Products (IM Metal), Model XD45, .45 caliber, pistol bearing serial # MG609519. |
| ppp. | Item 154- Five (5) rounds of assorted .38 caliber ammunition. |
| qqq. | Item 155- Eleven (11) rounds of assorted .45 caliber ammunition (associated with Item 153). |
| rrr. | Item 176- One (1) Black/silver suspected silencer with threading bearing no manufactures markings or serial numbers. Approximately 8.25 inches in total length. |
| sss. | Item 177- One (1) Black/silver suspected silencer with threading bearing no manufactures markings or serial numbers. Approximately 8.25 inches in total length. |
| ttt. | Item 26- One (1) Taurus International, Model PT738 TCP, .380 caliber, pistol bearing serial # 23823B and one (1) six (6) round magazine. |
| uuu. | Item 28- Six (6) rounds of CCI .380 caliber ammunition. |
| vvv. | Item 29- One (1) Taurus International PT738 TCP, .380 caliber, pistol bearing serial # 41492E and one (1) six (6) round magazine. |
| www. | Item 30- Six (6) rounds of CCI .380 caliber ammunition. |

xxx. Item 150- Two thousand eight hundred and seventy dollars ($2,870) in miscellaneous United States Currency (22 of 28 $100 bills of the $2870 had matching serial numbers with agent cashier funds previously paid to SOTO during controlled purchases of illegal firearms in violation of 18 USC 922(a)(1)(a)); and

WHEREAS, on May 12, 2016 this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the forfeited properties and the offense; and

WHEREAS, many of the above-listed assets to which Defendant pled have already been forfeited administratively by Alcohol, Tobacco, Firearms and Explosives (ATF); and

WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of the remainder of the above-referenced properties, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the following properties which were found forfeitable by the Court but were not yet forfeited:

d. Item 37- Twenty-five (25) ammunition magazines (18 loaded); nine (9) .38 caliber; three (3) .45 caliber; eight (8) 9mm; five (5) .40 caliber.

i. Item 60- Six (6) 9mm ammunition magazines.

k. Item 68- One (1) box of compression springs and baffling addressed to Jessie Gutierrez.

n. Item 87- Three (3) 9mm ammunition magazines from black CZ gun case.

p. Item 95- Miscellaneous firearms parts and accessories.

t. Item 121- Seventy-one (71) ammunition magazines: three (3) .40 caliber; twenty-nine (29) 5.56x45; five (5) .22LR caliber; one (1) .45 caliber; thirty-three (33) 9mm.

u. Item 129- Six thousand seven hundred and sixty-four (6,764) rounds of assorted ammunition.

//

v. Item 62- One (1) Stormlake ported Glock, Model 22 barrel, one (1) Stormlake Glock, Model 22 conversion barrel with threaded protector, and one (1) empty package for a Stormlake Glock, Model 22 threaded barrel.

w. c. Item 50- Forty-six (46) rounds of CCI Blazer 9mm ammunition and forty-five (45) rounds of PMC Bronze 9mm ammunition.

y. Item 52- Five (5) rounds of assorted 12 gauge ammunition.

z. Item 55- Three (3) 5.7x28 caliber pistol ammunition magazines and one (1) 5.7x28 caliber pistol ammunition magazine with ProMag magazine extender.

aa. Item 56- Eighty-two (82) rounds of FN (FNH) 57 caliber ammunition.

bb. Item 123- Three (3) Glock, 9mm, thirty-three (33) round ammunition magazines; one (1) Sig Sauer, Model P226, 9mm, thirty-two (32) round ammunition magazine; one (1) CZ, Model CZ-75, 9mm, thirty-two (32) round ammunition magazine; three (3) Beretta, Model 92F, 9mm thirty-two (32) round ammunition magazines; two (2) Saiga, 7.62x39, thirty (30) round ammunition magazines; two (2) CZ, Model CZ-75, 9mm, fifteen (15) round ammunition magazines; two (2) CZ, Model CZ-75, 9mm, twenty (20) round ammunition magazines; five (5) Glock, .40 caliber, thirty-one (31) round ammunition magazines; one (1) 7.62x39, thirty (30) round ammunition magazine.

cc. Item 124- Two thousand three hundred and forty-eight (2,348) assorted rounds of ammunition.

ee. Item 54- Three (3) Sig Sauer .22 caliber pistol ammunition magazines (associated with Item 53).

ff. Item 65- Six (6) assorted .45 caliber pistol ammunition magazines (associated with Item 83).

gg. Item 70- Forty-six (46) rounds of assorted .45 caliber ammunition (associated with items 65 and 83).

qq. Item 88- Nine (9) rounds of assorted 9mm ammunition (associated with Item 86).

rr. Item 89- Thirty-five (35) rounds of assorted 9mm ammunition (associated with Item 85).

ss. Item 90- One (1) box of compression springs addressed to Jessie Gutierrez.

tt. Item 92- One (1) United States Postal Service ("USPS") box addressed to Jessie Gutierrez which contained baffling, spring, clips, and eight (8) 7.75" X 1.5" tubes.

vv. Item 94- Ten (10) rounds of Winchester-Western 9mm ammunition (associated with Item 93).

ww. Item 96- One (1) AR-15 bolt in a Palmetto State Armory packaging.

aaa. Item 101- One (1) carbon fiber composite digital caliber.

| | | |
|---|---|---|
| 1 | bbb. | Item 104- Fifty-six (56) rounds of assorted .380 caliber ammunition (associated with Item 99). |
| 2 | ccc. | Item 105- Two (2) loaded 9mm ammunition magazines (associated with Item 85). |
| 3 4 | ddd. | Item 106- Seven (7) Beretta .380 caliber ammunition magazines (associated with Item 99). |
| 5 | eee. | Item 107- One (1) black spiral notebook containing writings. |
| 6 | fff. | Item 109- Two hundred and sixty (260) rounds of assorted ammunition. |
| 7 8 | hhh. | Item 141- Fifteen (15) rounds of assorted 9mm ammunition (associated with Item #140). |
| 9 | jjj. | Item 143- Nineteen (19) rounds of assorted 57x28mm ammunition (associated with Item 142). |
| 10 | kkk. | Item 144- Forty-one (41) rounds of assorted .380 caliber ammunition. |
| 11 12 | lll. | Item 145- Two (2) ten (10) round .22 caliber Smith & Wesson rifle ammunition magazines; eight (8) .380 caliber Taurus pistol ammunition magazines; two (2) .45 caliber Springfield Armory pistol ammunition magazines. |
| 13 14 | nnn. | Item 147- Seven (7) rounds of assorted 9mm ammunition (associated with Item 146). |
| 15 | ppp. | Item 154- Five (5) rounds of assorted .38 caliber ammunition. |
| 16 | qqq. | Item 155- Eleven (11) rounds of assorted .45 caliber ammunition (associated with Item 153). |
| 17 | uuu. | Item 28- Six (6) rounds of CCI .380 caliber ammunition. |
| 18 | www. | Item 30- Six (6) rounds of CCI .380 caliber ammunition; and |

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty pleas of the Defendant, all right, title and interest of Defendant JESSIE SOTO in the following properties are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

//

| | | |
|---|---|---|
| 1 | d. | Item 37- Twenty-five (25) ammunition magazines (18 loaded); nine (9) .38 caliber; three (3) .45 caliber; eight (8) 9mm; five (5) .40 caliber. |
| 2 | i. | Item 60- Six (6) 9mm ammunition magazines. |
| 3 | k. | Item 68- One (1) box of compression springs and baffling addressed to Jessie Gutierrez. |
| 4 | n. | Item 87- Three (3) 9mm ammunition magazines from black CZ gun case. |
| 5 | p. | Item 95- Miscellaneous firearms parts and accessories. |
| 6 | t. | Item 121- Seventy-one (71) ammunition magazines: three (3) .40 caliber; twenty-nine (29) 5.56x45; five (5) .22LR caliber; one (1) .45 caliber; thirty-three (33) 9mm. |
| 7 | u. | Item 129- Six thousand seven hundred and sixty-four (6,764) rounds of assorted ammunition. |
| 8 | v. | Item 62- One (1) Stormlake ported Glock, Model 22 barrel, one (1) Stormlake Glock, Model 22 conversion barrel with threaded protector, and one (1) empty package for a Stormlake Glock, Model 22 threaded barrel. |
| 9 | w. | c. Item 50- Forty-six (46) rounds of CCI Blazer 9mm ammunition and forty-five (45) rounds of PMC Bronze 9mm ammunition. |
| 10 | y. | Item 52- Five (5) rounds of assorted 12 gauge ammunition. |
| 11 | z. | Item 55- Three (3) 5.7x28 caliber pistol ammunition magazines and one (1) 5.7x28 caliber pistol ammunition magazine with ProMag magazine extender. |
| 12 | aa. | Item 56- Eighty-two (82) rounds of FN (FNH) 57 caliber ammunition. |
| 13 | bb. | Item 123- Three (3) Glock, 9mm, thirty-three (33) round ammunition magazines; one (1) Sig Sauer, Model P226, 9mm, thirty-two (32) round ammunition magazine; one (1) CZ, Model CZ-75, 9mm, thirty-two (32) round ammunition magazine; three (3) Beretta, Model 92F, 9mm thirty-two (32) round ammunition magazines; two (2) Saiga, 7.62x39, thirty (30) round ammunition magazines; two (2) CZ, Model CZ-75, 9mm, fifteen (15) round ammunition magazines; two (2) CZ, Model CZ-75, 9mm, twenty (20) round ammunition magazines; five (5) Glock, .40 caliber, thirty-one (31) round ammunition magazines; one (1) 7.62x39, thirty (30) round ammunition magazine. |
| 14 | cc. | Item 124- Two thousand three hundred and forty-eight (2,348) assorted rounds of ammunition. |
| 15 | ee. | Item 54- Three (3) Sig Sauer .22 caliber pistol ammunition magazines (associated with Item 53). |
| 16 | ff. | Item 65- Six (6) assorted .45 caliber pistol ammunition magazines (associated with Item 83). |
| 17 | gg. | Item 70- Forty-six (46) rounds of assorted .45 caliber ammunition (associated with items 65 and 83). |

qq. Item 88- Nine (9) rounds of assorted 9mm ammunition (associated with Item 86).

rr. Item 89- Thirty-five (35) rounds of assorted 9mm ammunition (associated with Item 85).

ss. Item 90- One (1) box of compression springs addressed to Jessie Gutierrez.

tt. Item 92- One (1) United States Postal Service ("USPS") box addressed to Jessie Gutierrez which contained baffling, spring, clips, and eight (8) 7.75" X 1.5" tubes.

vv. Item 94- Ten (10) rounds of Winchester-Western 9mm ammunition (associated with Item 93).

ww. Item 96- One (1) AR-15 bolt in a Palmetto State Armory packaging.

aaa. Item 101- One (1) carbon fiber composite digital caliber.

bbb. Item 104- Fifty-six (56) rounds of assorted .380 caliber ammunition (associated with Item 99).

ccc. Item 105- Two (2) loaded 9mm ammunition magazines (associated with Item 85).

ddd. Item 106- Seven (7) Beretta .380 caliber ammunition magazines (associated with Item 99).

eee. Item 107- One (1) black spiral notebook containing writings.

fff. Item 109- Two hundred and sixty (260) rounds of assorted ammunition.

hhh. Item 141- Fifteen (15) rounds of assorted 9mm ammunition (associated with Item #140).

jjj. Item 143- Nineteen (19) rounds of assorted 57x28mm ammunition (associated with Item 142).

kkk. Item 144- Forty-one (41) rounds of assorted .380 caliber ammunition.

lll. Item 145- Two (2) ten (10) round .22 caliber Smith & Wesson rifle ammunition magazines; eight (8) .380 caliber Taurus pistol ammunition magazines; two (2) .45 caliber Springfield Armory pistol ammunition magazines.

nnn. Item 147- Seven (7) rounds of assorted 9mm ammunition (associated with Item 146).

ppp. Item 154- Five (5) rounds of assorted .38 caliber ammunition.

qqq. Item 155- Eleven (11) rounds of assorted .45 caliber ammunition (associated with Item 153).

uuu. Item 28- Six (6) rounds of CCI .380 caliber ammunition.

www. Item 30- Six (6) rounds of CCI .380 caliber ammunition.

2. The United States is hereby authorized to take custody and control of the above-referenced assets, which are to be held by ATF in its secure custody and control.

3. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are

the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the aforementioned assets, in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

IT IS SO ORDERED.

Dated: July 6, 2017

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge